UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LOURDES GLORIVEE CARABALLO,

                    Plaintiff,

-v-

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                    Defendant.
-----------------------------------------------------------X

20 CIVIL 7192 (OTW)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2021

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 27, 2021, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          July 28, 2021

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**
                          **BY:**
                                                **Deputy Clerk**